**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

LAWRENCE GLENN,

        Plaintiff,

v.                                            Case No.: 3:23-cv-935-WWB-MCR

JACKSONVILLE SHERIFF'S OFFICE,
T.K. WATERS, STEVE FAHLGREN,
LONDON KITE and JODY PHILLIPS,

        Defendants.
_____/

**ORDER**

THIS CAUSE is before the Court on United States Magistrate Judge Monte C. Richardson's Report and Recommendation (Doc. 6), in which he recommends that the case be dismissed because of Plaintiff's failure to comply with court orders or prosecute his claims.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. The Clerk is directed to close the case.

**DONE AND ORDERED** in Jacksonville, Florida on March 8, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party